UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| CARPENTERS HEALTH & WELFARE FUND, et. al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | File No. 1:00-CV-2838-WBH **(Consolidated)** |
| THE COCA-COLA COMPANY, et. al., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

Attorney Elizabeth V. Tanis of Sutherland Asbill & Brennan LLP hereby enters her Notice of Appearance in this matter for Non-party Ernst & Young LLP.

**LR 7.1(D) Certification**

This notice has been prepared with Times New Roman, 14-point font.

This 9th day of May, 2005.

/s/Elizabeth V. Tanis_____
Elizabeth V. Tanis
Ga. Bar. No.: 697415
SUTHERLAND ASBILL & BRENNAN
999 Peachtree Street, NE
Atlanta, GA  30309-3996
Tel.: (404) 853-8000
Fax: (404) 853-8806
Email: beth.tanis@sablaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2005, I electronically filed **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court. Persons indicated with an asterisk additionally received a copy by Federal Express.

        David Andrew Bain
        Jeffrey S. Cashdan *
        Martin D. Chitwood *
        William P. Eiselstein
        Krissi T. Gore
        Craig Gordon Harley
        Corey Daniel Holzer
        Dan Shamus McDevitt *
        M. Robert Thornton *

    I hereby certify that on May 9, 2005, I served a copy of **NOTICE OF APPEARANCE** by Federal Express to the following:

        Mary K. Blasy
        William S. Lerach
        David A. Thorpe
        Lerach Coughlin Stoia Geller Rudman & Robbins
        401 B Street, Suite 1700
        San Diego, CA 92101-4297

        Dennis J. Herman
        Lerach Coughlin Stoia Geller Rudman & Robbins
        Suite 2600
        100 Pine Street
        San Francisco, CA 94111

Sandra Stein
Lerach Coughlin Stoia & Robbins
1845 Walnut Street
9th Floor
Philadelphia, PA 19103

John Lewis, Jr.
The Coca-Cola Company
P.O. Box 1734
One Coca-Cola Plaza
Atlanta, GA 30301

Ronald L. Olson
Marc T. G. Dworsky
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

                    /s/ Elizabeth V. Tanis
                    Ga. Bar. No.: 697415