UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARPENTERS HEALTH & WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA COLA CO., et al.,<br><br>Defendants. | Case No. 00-CV-2838-WBH |

## NOTICE OF APPEARANCE

Attorney Jason S. Alloy of Sutherland Asbill & Brennan LLP hereby enters his Notice of Appearance in this matter for Non-party Ernst & Young LLP.

## LR 7.1(D) Certification

This notice has been prepared with Times New Roman, 14-point font.

AO 1522859.1

This 9th day of August, 2006.

        /s/ Jason S. Alloy
        Elizabeth V. Tanis
        Ga. Bar. No.: 697415
        Jason S. Alloy
        Ga. Bar. No.: 013188
        SUTHERLAND ASBILL & BRENNAN LLP
        999 Peachtree Street, NE
        Atlanta, GA  30309-3996
        Tel.: (404) 853-8000
        Fax: (404) 853-8806
        Email:  jason.alloy@sablaw.com
        Email: beth.tanis@sablaw.com

        Attorneys for Ernst & Young LLP

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006, I electronically filed **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

David Andrew Bain    dab@classlaw.com

Mary K. Blasy    maryb@lerachlaw.com

Jeffrey S. Cashdan    jcashdan@kslaw.com

Martin D. Chitwood    mdc@classlaw.com

Patrick J. Coughlin    patc@lerachlaw.com

Stephen B. Devereaux    sdevereaux@kslaw.com

William P. Eiselstein    beiselstein@millermartin.com

Paul J. Geller    pgeller@lerachlaw.com, e_file_fl@lerachlaw.com

Krissi T. Gore    ktg@classlaw.com

Craig Gordon Harley    cgh@classlaw.com

Dennis J. Herman    dennish@lerachlaw.com

Corey Daniel Holzer    cholzer@holzerlaw.com

Gregory E. Keller    gkeller@chitwoodlaw.com

William S. Lerach    billl@lerachlaw.com, e_file_sd@lerachlaw.com

John Lewis, Jr    johnlewis@na.ko.com

Dan Shamus McDevitt    dmcdevitt@kslaw.com

AO 1522859.1

Steven W. Pepich     stevep@lerachlaw.com

Scott H. Saham     scotts@lerachlaw.com, heatherh@lerachlaw.com

Kathleen M. Scanlon     kathleen.scanlon@hellerehrman.com

Sandra Stein     lstein@lerachlaw.com

Elizabeth Vranicar Tanis     beth.tanis@sablaw.com

Martin Robert Thornton     bthornton@kslaw.com

David A. Thorpe     davidt@lerachlaw.com,

I hereby certify that on August 9, 2006, I served a copy of **NOTICE OF APPEARANCE** by Federal Express to the following attorneys not registered with the CM/ECF system:

    James A. Caputo
    Learch Coughlin Stoia Geller Rudman & Robbins
    655 W. Broadway, Suite 1900
    San Diego, CA  92101-4297

    John F. Harnes
    Chitwood, Harley Harnes, LLP
    11 Grace Ave., Suite 306
    Great Neck, NY  11021

    Robert L. Dell Angelo
    Marc T.G. Dworsky
    Ronald L. Olson
    Gregory D. Phillips
    Munger Tolles & Olson
    355 South Grand Avenue, Thirty-Fifth Floor
    Los Angeles, CA  90071

AO 1522859.1

Deborah R. Gross
Law Offices Bernard M. Gross, P.C.,
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19107

                              /s/ Jason S. Alloy
                              Jason S. Alloy
                              Ga. Bar. No.: 013188